No. 12–7210. FELTON v. HALL. C. A. 4th Cir. Certiorari denied.

No. 12–7212. GORBEY v. WEST VIRGINIA ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 12–7213. GARRETT v. TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 12–7215. HOLT v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 12–7221. GIBSON v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 12–7226. GREER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–7227. WIGGIN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 12–7229. FANTAUZZI v. GLUNT, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–7240. MCPHERRON v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 12–7242. WILLIAMS v. THOMAS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7243. MARTINEZ v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 12–7252. ENTWISTLE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 12–7253. CLARK v. PARKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–7254. DAVIS v. SCRIBNER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.